The People of the State of New York ex rel. Henry Eisle, Respondent, *v.* Glenn W. Woodin et al., Constituting the Board of Police and Fire Commissioners of the City of Dunkirk, et al., Appellants.

*Police — insufficiency of evidence to sustain charge of neglect of duty against patrolman.*

*Matter of Eisle* v. *Woodin*, 205 App. Div. 452, affirmed.

(Submitted March 31, 1924; decided April 15, 1924.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 1, 1923, which sustained a writ of certiorari, annulled a determination of the board of police and fire commissioners of the city of Dunkirk removing the relator from the police force of that city and directed reinstatement of the relator, who was charged with neglect of duty " in that he did upon January 21, 1922, suffer and permit liquor for beverage purposes containing more than one-half of one per cent alcohol, to be sold in violation of the provisions of the Penal Law." After a hearing he was found " guilty of inefficiency and gross neglect of duty." The Appellate Division held that the evidence was insufficient to sustain the charge.

*Albert E. Nugent* for appellants.

*John Leo Sullivan* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Dominic Dell'Osso, Assignee of Mount Hope Finishing Company, Respondent, *v.* Silas K. Everett, Appellant.

*Appeal — order reversing order of Special Term granting stay — appeal to Court of Appeals dismissed.*

*Dell'Osso* v. *Everett*, 206 App. Div. 718, appeal dismissed.

(Submitted March 31, 1924; decided April 15, 1924.)

Appeal from so much of an order of the Appellate Division of the Supreme Court in the second judicial